IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| JULIAN C. GODWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:01cv23-T |
| M. DALE MARSH and | ) | (WO) |
| JOE C. CASSADY, JR., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that plaintiff's motion to dismiss with prejudice and with leave to reinstate (Doc. No. 50) is denied.  By judgment entered on March 6, 2001 (Doc. No. 15) this case was dismissed with prejudice.

DONE, this the 26th day of May, 2005.

　　　　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE